FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 06, 2022

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN ROBERT DEMOS,<br><br>    Plaintiff,<br><br>v.<br><br>CHERYL STRANGE, H.L. GRIFFITH, ROBERT M. JACKSON, JOHN DOE and JOHN DOE,<br><br>    Defendants. | No. 4:22-CV-05125-SAB<br><br>**ORDER CLOSING FILE** |

    Plaintiff, *pro se* and seeking *in forma pauperis* status, filed this purported 42 U.S.C. § 1983 action in the Western District of Washington, which transferred the case here. ECF No. 3.

    Pursuant to the contempt Order signed by Judge McDonald on August 26, 1991, Mr. Demos is prohibited from initiating any civil actions in this District and the Clerk of Court is prohibited from accepting any such actions or from returning such proffers to Mr. Demos. *See Demos v. McNichols,* No. 91-CV-00027-LRS (citing *inter alia, In re Demo*s, 500 U.S. 16 (1991) (prohibiting him from filing any

**ORDER CLOSING FILE** *1

extraordinary writs without the payment of the docketing fees)).

Accordingly, **IT IS HEREBY ORDERED** the Clerk of Court shall administratively **CLOSE** this file. No further action will be taken in this matter and all pending motions are denied as moot. The Clerk of Court is directed not to accept any documents for filing in this closed case and shall discard any documents subsequently submitted.

**DATED** this 6th day of October 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER CLOSING FILE *2**